657 So.2d 897 (1995)
Robert KAHLES, Petitioner,
v.
STATE of Florida, Respondent.
No. 84748.
Supreme Court of Florida.
May 4, 1995.
Rehearing Denied July 13, 1995.
Alan H. Schreiber, Public Defender, and Stacey Pastel Dougan and Diane M. Cuddihy, Asst. Public Defenders, Fort Lauderdale, for petitioner.
Robert A. Butterworth, Atty. Gen. and Michael J. Neimand, Asst. Atty. Gen., Miami, and Parker D. Thomson and Carol A. Licko, Sp. Asst. Attys. Gen., Miami, for respondent.
SHAW, Justice.
We have for review State v. Kahles, 644 So.2d 512 (Fla. 4th DCA 1994), wherein the district court held Florida's anti-stalking statute, section 784.048, Florida Statutes (Supp. 1992), constitutional. On motion for rehearing, the court certified the issue to this Court. See State v. Kahles, 19 Fla. L. Weekly D2225 (Fla. 4th DCA Oct. 19, 1994). We have jurisdiction. Art. V, § 3(b)(4), Fla. Const.
We recently upheld the constitutionality of the anti-stalking statute. See Bouters v. State, 20 Fla. L. Weekly S186, No. 83,558, ___ So.2d ___ (Fla. Apr. 27, 1995). Accordingly, we approve Kahles.
It is so ordered.
GRIMES, C.J., and OVERTON, KOGAN, HARDING, WELLS and ANSTEAD, JJ., concur.